Rodney Victor HARRIS, Plaintiff—
Appellant,

v.

Colin Robert GIBB, Judge, Giles
County Circuit Court,
Defendant—Appellee.

Rodney Victor Harris, Plaintiff—
Appellant,

v.

Phillip Cormany Steele, Prosecutor,
Giles County Circuit Court,
Defendant—Appellee.

Nos. 03–7371, 03–7372.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 15, 2004.

Decided Jan. 28, 2004.

Rodney Victor Harris, Appellant pro se.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Rodney Victor Harris appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaints without prejudice under 28 U.S.C. § 1915(e)(2)(B)(iii) (2000). We have reviewed the record and find that these appeals are frivolous. Accordingly, we dismiss the appeals on the reasoning of the district court. *See Harris v. Gibb,* No. CA–3–546–7 (W.D.Va. Aug. 27, 2003); *Harris v. Steele,* No. CA–03–550–7 (W.D.Va. Aug. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*DISMISSED*